## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: GUY ALEXANDER V. BLACKHAWK INDUSTRIAL, LLC

Case Number: 1:20-cv-06249

An appearance is hereby filed by the undersigned as attorney for:
PLAINTIFF GUY ALEXANDER

Attorney name (type or print): GARY MARTOCCIO

Firm: SPIELBERGER LAW GROUP

Street address: 4890 W. KENNEDY BLVD., SUITE 950

City/State/Zip: TAMPA, FL 33609

Bar ID Number: 6313431
(See item 3 in instructions)

Telephone Number: 800-965-1570

Email Address: gary.martoccio@spielbergerlawgroup.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 10.21.2020

Attorney signature: S/ Gary Martoccio
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015